# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131738 & (13)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 131738
                                          COA: 269706
                                          Genesee CC: 00-006765-FC
                                                                  00-006983-FC

AHMOD RASHAD JONES,
      Defendant-Appellant.

_____/

      On order of the Court, the motion to add issue is DENIED. The application for leave to appeal the June 13, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

s1023

_____
Clerk